IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATE OF AMERICA,           ) | |
|                                                                   ) | |
|              Plaintiff,                           ) | |
|                                                                   ) | |
|        -v-                                            ) | Case No. 4:06CR3062 |
|                                                                   ) | |
| ALEXANDER PRIETO,                    ) | |
|                                                                   ) | |
|              Defendant.                        ) | |

IT IS ORDERED:

1. Defendant's unopposed motion for extension of time (Filing 64) to enter plea is granted **in part** and the change of plea hearing is reset for August 18, 2006 at 3:00 p.m.

2. For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act.  See 18 U.S.C. §3161(h)(1)(I)&(h)(A)(B).

3. Defendant shall be present for the hearing.

Dated this 1st day of August, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge