```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )   Docket No. 4:06CR3062<br>      v.                    )<br>                            )<br> ALEXANDER PRIETO,          )<br>                            )            ORDER<br>            Defendant.      )<br>                            ) | |

On the court's own motion,

IT IS ORDERED:

1.  The change of plea hearing is continued from August 18 to August 31, 2006 at 3:30 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2.  For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

3.  Defendant shall appear at the hearing.

DATED: August 14, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge