IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | Case No. 4:06CR3062 |
| | ) | |
| ALEXANDER PRIETO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1.      Defendant's unopposed motion for extension of time (Filing 141) to enter plea is granted and the change of plea hearing is reset for January 8, 2007, at 1:00 p.m.

2.      For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act.  See 18 U.S.C. §3161(h)(1)(I)&(h)(A)(B).

Dated  December 15, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge