IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3062-4 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALEXANDER PRIETO, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion (filing 181) to withdraw Rule 35(b) motion (filing 179) is granted.

    April 3, 2008.                BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge